UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KENNETH BROWN,

        Plaintiff,        Case No. 1:15-cv-981

v.

        Honorable Paul L. Maloney

UNKNOWN PART(Y)(IES),

        Defendant.
_____/

## **JUDGMENT**

In accordance with the Order issued this date:

IT IS ORDERED that the captioned case be and hereby is DISMISSED without prejudice. Plaintiff shall remain liable for payment of the $400.00 civil action filing fee.


Dated:  November 30, 2015     /s/ Paul L. Maloney
                                        Paul L. Maloney
                                        United States District Judge